LAW OFFICES OF
## JAMES R. RADMORE, P.C.

| | | |
|---|---|---|
| 1913 GREENTREE ROAD<br>CHERRY HILL, NJ  08003<br>PHONE (856) 424-4434<br>FAX (866) 751-5357 | SUITE 312<br>TWO PENN CENTER PLAZA<br>1500 J.F.K. BOULEVARD<br>PHILADELPHIA, PENNSYLVANIA 19102<br><br>TELEPHONE (215) 568-9900<br>1 800 RADMORE<br>FAX (215) 568-4546<br>E-Mail: JRR@radmore.net | **JOSEPH BOARDMAN**<br>OF COUNSEL |

May 3, 2010

**ELECTRONICALLY FILED**
Honorable Tonianne J. Bongiovanni
USDC District of New Jersey
Clarkson S. Fisher Building & US Courthouse
402 East Street Street
Trenton, NJ 08608

RE:   Nowalinksi vs. Robert Wood Johnson
        University Hospital at Hamilton, Inc.
        No. 10-943(MLC)

Dear Judge Bongiovanni:

   Please be advised that after discussions with Mr. Nowalinski and his family, they have decided to no longer pursue this litigation.  As a result, would Your Honor be so kind as to mark the docket accordingly.  If anything further is required from my office, would you be so kind as to let me know.

   Thank you for your courtesy and cooperation.

                                           Respectfully yours,

                                           \s\James R. Radmore

                                           JAMES R. RADMORE

JRR/msh

cc:   James M. Ronan, Jr., Esquire/Hank P. Butehorn, Esquire