# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LEON NOWALINSKI
           **Plaintiff**

     vs

ROBERT WOOD JOHNSON
UNIVERSITY HOSPITAL AT
HAMILTON, INC.
          **Defendants**

:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 10-943 (MLC)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) ii, the parties hereby dismiss with prejudice the above action pursuant to agreement of counsel without costs.

BY: _____
    HANK P. BUTEHORN, ESQUIRE
    Attorney for Defendant
    4000 Route 66
    One Hoychild Plaza
    Tinton Falls, NJ  07753
    (732) 922 3300

BY: _____
    JAMES R. RADMORE, ESQUIRE
    Attorney for Plaintiff
    Two Penn Center, Suite 312
    1500 JFK Boulevard
    Philadelphia, PA  19102
    (215) 568-9900